IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation | ) ) ) |
| Plaintiff, | ) Case No.: 11-CV-8927 |
| v. | ) ) |
| CARFAX, INC., a Pennsylvania corporation | ) Judge Sara L. Ellis ) ) |
| | ) Magistrate Judge Susan E. Cox |
| Defendant. | ) ) |

**JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**

**IT IS HEREBY STIPULATED** that Plaintiff and Defendant have entered into a settlement agreement fully and finally resolving their disputes with respect to the above-captioned case. Pursuant to that settlement agreement, Plaintiff and Defendant stipulate and request that all claims and counterclaims in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: March 27, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Carrie A. Hall* | */s/ Jordan M. Heinz (with permission)* |
| Carrie A. Hall | Jordan M. Heinz |
| Michael Best & Friedrich LLP | Kirkland & Ellis LLP |
| Two Prudential Plaza | 300 North LaSalle Street |
| 180 North Stetson Avenue, Suite 2000 | Chicago, IL 60654 |
| Chicago, IL 60601 | Telephone: (312) 862-2000 |
| Telephone: (312) 222-0800 | Facsimile: (312) 862-2200 |

| | |
|---|---|
| Facsimile: (312) 222-0818 | |
| | Gregg F. LoCascio, P.C. (*pro hac vice*) |
| Paul E. Benson | Ragan Naresh (*pro hac vice*) |
| Adam E. Witkov | 655 Fifteenth Street, NW |
| 100 East Wisconsin Avenue, Suite 3300 | Washington, DC 20005 |
| Milwaukee, WI 53202 | Telephone: (202) 879-5000 |
| Telephone: (414) 271-6560 | Facsimile: (202) 879-5200 |
| Facsimile: (414) 277-0656 | |
| | |
| Attorneys for Plaintiff and Counterclaim-Defendant | Attorneys for Defendant and Counterclaim-Plaintiff |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing Joint Stipulation to Dismiss This Action With Prejudice was served upon the following counsel via the Court's CM/ECF system on the 27th day of March 2015, before the hour of 5:00 p.m.:

Gregg F. Locascio
glocasio@kirland.com

Ragan Naresh
ragan.naresh@kirkland.com

Jordan M. Heinz
jheinz@kirkland.com

/s/ Carrie A. Hall

2